NO. 07-12-0534-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 JANUARY 4, 2013

 ______________________________

 In the Interest of K.M.S., E.A.S. AND J.A.S.,

 Children
 _________________________________

 FROM THE 100TH DISTRICT COURT OF CHILDRESS COUNTY;

 NO. 9658; HONORABLE STUART MESSER, PRESIDING
 _______________________________

 Memorandum Opinion
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Pending before the court is the appeal of Feliciano Beau Segura III and Candice Leigh Segura
from an order terminating their parental rights. The final order was signed in August of 2012;
however, the notice of appeal was filed in December of 2012. We dismiss for want of jurisdiction.
 An appeal from a termination order is considered accelerated. Tex. Fam. Code Ann. §
109.002(a) (West Supp. 2012). Therefore, the notice of appeal must be filed within twenty days of
the day the order is signed. Tex. R. App. P. 26.1(b). More importantly, timely post-judgment
motions such as a motion for new trial do not extend the filing deadline. Id. 28.1. Applying these
rules to the circumstances at bar (and after affording appellants with opportunity to address the
matter), we conclude that the December 2012 notice of appeal was untimely and failed to vest this
court with jurisdiction over the appeal. Thus, we have no choice but to dismiss the appeal.

 Per Curiam